UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIS RATCLIFF,<br>    Plaintiff<br><br>VERSUS<br><br>JONATHAN ROUNDTREE, et al.,<br>    Defendants | CIVIL ACTION<br>SECTION "P"<br>NO. 3:10-CV-00360<br><br>JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion to dismiss is GRANTED and that Ratcliff's action against all defendants be DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 23rd day of May, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE